# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KIMBERLY RICHARDS,

      Plaintiff,

v.                                      Case No. 14-13103

WAYNE COUNTY AIRPORT AUTHORITY,

      Defendant.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment," dated June 29, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Wayne County Airport Authority and against Plaintiff Kimberly Richards.

Dated at Detroit, Michigan, this 29th day of June 2015.

                               S/Robert H. Cleland
                               ROBERT H. CLELAND
                               UNITED STATES DISTRICT JUDGE

Dated:  June 29, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 29, 2015, by electronic and/or ordinary mail.

                               S/Lisa Wagner
                               Case Manager and Deputy Clerk
                               (313) 234-5522